IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| ANTHONY CANN | NO. 16-309 |

**O R D E R**

**AND NOW**, this 3rd day of May, 2017, upon consideration of defendant Anthony Cann's Motion to Suppress Physical Evidence (Document No. 51, filed March 17, 2017) and the Government's Response in Opposition to Defendant's Motion to Suppress Physical Evidence (Document No. 55, filed April 17, 2017), following an evidentiary hearing and oral argument on April 28, 2017, for the reasons set forth in the accompanying Memorandum dated May 3, 2017, **IT IS ORDERED** that defendant Anthony Cann's Motion to Suppress Physical Evidence is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.