IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| ANTHONY CANN | NO.  16-309 |

## O R D E R

**AND NOW**, this 22nd day of August, 2018, following a telephone conference with the parties, through counsel, on said date, for the purpose of rescheduling sentencing and discussing other sentencing-related issues, by agreement of the parties, and at the joint request of the parties, because a controlling issue in the case is currently before the United States Court of Appeals for the Third Circuit in *United States v. Harris*, U.S.C.A. No. 17-1861, **IT IS ORDERED** that the sentencing in this case is **CONTINUED** until the United States Court of Appeals for the Third Circuit decides the *Harris* case and the United States Supreme Court addresses any petition for writ of certiorari and, if granted, the United States Supreme Court rules on the issues presented in the *Harris* case.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) with respect to the rescheduling of sentencing within seven (7) days following final resolution of the *Harris* case as set forth above.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

DuBOIS, JAN E., J.