IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY CANN | CRIMINAL ACTION NO. 16-309 |
|---|---|

## ORDER RE: DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND/OR A NEW TRIAL

**AND NOW** this 17th day of December 2021, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion for Judgment of Acquittal and/or New Trial **DENIED** for the reasons stated in the foregoing Memorandum.

BY THIS COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Alessandra.2021\USA v. Anthony Cann\USA v. Cann Order Denying Mot. for Acquittal and.or New Trial.docx