IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-309-1 |
| v. | : | |
| ANTHONY CANN | : | |

## ORDER

AND NOW, this 2nd day of April, 2024 it is **ORDERED** that Defendant's Motion to Dismiss Indictment (ECF 165) and Defendant's Motion to Dismiss (ECF 166) are **DENIED** as **MOOT**..

BY THIS COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**